## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 63 WM 2019
:
Respondent : 
:
:
:
v. :
:
:
:
MATTHEW BRIAN WHITE, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of November, 2019, the Motion to File Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the Petition for Allowance of Appeal within five days from date of this Order.